IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | : |
| Plaintiff, | : C.A. No.: 06-186 |
| v. | : |
| NATASHA JOYNES and RHONDA REYNOLDS, | : |
| Defendants. | : |

## ALIAS PRAECIPE

PLAINTIFF REQUESTS THAT AN ALIAS SUMMONS be issued by this court, to effect service of the Alias Summons and Complaint upon the defendants, Natahsa Joynes and Rhonda Reynolds due to the fact that a new address, 35 Parsons Lane, Georgetown, Delaware 19947, for the defendants has been identified.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. 2440)
MATTHEW R. FOGG (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 4-11-06