AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Marney Duranjacome
v.

Natasha Joynes and
Rhonda Reynolds

ALIAS  SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-186

TO: (Name and address of Defendant)

Natasha Joynes
35 Parsons Lane
Georgetown, DE 19947

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Krawitz
Matthew Fogg
1202 Kirkwood Hwy
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    APR 1 2 2006

CLERK                                              DATE

_Evette Waters_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>4-18-2006 at 1:11 p.m. |
| NAME OF SERVER (PRINT)<br>Susan Baynard | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:   Service upon Natasha Joynes was effectuated by personally serving Rhonda Reynolds, her mother, at 35 Parsons Lane, Georgetown, DE 19947.

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-18-2006
                    Date

Signature of Server: *Susan Baynard*

2000 Pennsylvania Ave., Suite 207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.