IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME,<br>    Plaintiff, | : <br> : <br> : | C.A. No.: 06-186 |
| v. | : <br> : | **NON-ARBITRATION CASE** |
| NATASHA JOYNES and RHONDA REYNOLDS, | : <br> : | **JURY OF SIX DEMANDED** |
| Defendants. | : <br> : | |

### NOTICE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that on the 12th day of June, 2006, two copies of Plaintiffs' Response Pursuant to Federal Rule of Civil Procedure 26(a)(1) were hand-delivered to the following attorney of record at the address indicated:

Arthur D. Kuhl, Esquire
Reger, Rizzo, Kavulich & Darnall
1001 Jefferson Plaza, Ste. 202
Wilmington, DE 19801

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: _____
MATTHEW R. FOGG, ESQUIRE
1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Attorney for Plaintiff