IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME,         )<br>                             )<br>        Plaintiff,          )<br>                             )<br>v.                           )<br>                             )<br>NATASHA JOYNES and RHONDA    )<br>REYNOLDS,                    )<br>                             )<br>        Defendants.          ) | C.A. No: 06-186 JJF<br><br><br>NON-ARBITRATION CASE<br><br>JURY TRIAL DEMANDED |

*ENTRY OF APPEARANCE*

PLEASE ENTER the appearance of Arthur D. Kuhl, Esquire, on behalf of the defendants.

The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendants.  The Defendants specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

                                                    REGER RIZZO KAVULICH & DARNALL LLP

                      By :    /s/ Arthur D. Kuhl, Esquire
                            Arthur D. Kuhl, Esquire, # 3405
                            1001 Jefferson Street
                            Suite 202
                            Wilmington DE 19801
                            302-652-3611
                            Attorney for Defendants

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Entry of Appearance to be served by e-filing on June 16, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants