IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

ANSWER

1. Defendant is without sufficient knowledge to admit or deny the allegation.

2. Denied.

3. Denied.

4. Defendants repeat and incorporate by reference paragraphs 1 through 3.

5. Denied.

6. Admitted.

7. Admitted a collision occurred at the time date and place alleged. The remaining allegations are denied.

8. Denied.

COUNT I

9. Defendants repeat and incorporate by reference paragraphs 1 through 8.

10. Denied.

## COUNT II

11. Defendants repeat and incorporate by reference paragraphs 1 through 8.
12. Admitted.
13. Denied.
14. Denied.
15. Denied.
16. Denied.
17. Denied.

## COUNT III

18. Defendants repeat and incorporate by reference paragraphs 1 through 8.
19. Denied.
20. Denied.
21. Denied.
22. Denied.

    WHEREFORE, Defendants demand judgment against Plaintiff plus costs.

### *FIRST AFFIRMATIVE DEFENSE*

23. The accident which is the subject of this lawsuit was unavoidable.

    WHEREFORE, Defendants demand judgment against Plaintiff plus costs.

### *SECOND AFFIRMATIVE DEFENSE*

24  Defendant was reacting to an emergency situation and acted reasonably at all times given the conditions as they then existed.

WHEREFORE, Defendants demand judgment against Plaintiff plus costs.

### THIRD AFFIRMATIVE DEFENSE

25. Plaintiff fails to state a claim upon which relief can be granted as to paragraphs 10(m) and 17.

WHEREFORE, Defendants demand judgment against Plaintiff plus costs.

REGER RIZZO KAVULICH & DARNALL LLP


By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire #3405
1001 Jefferson Street Plaza, Suite 202
Wilmington DE 19801
302-652-3611

Dated: June 20, 2006                Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME,          ) | |
|                              ) | C.A. No: 06-186 JJF |
| Plaintiff,             ) | |
|                              ) | |
| v.                           ) | NON-ARBITRATION CASE |
|                              ) | |
| NATASHA JOYNES and RHONDA    ) | JURY TRIAL DEMANDED |
| REYNOLDS,                    ) | |
|                              ) | |
| Defendants.            ) | |

## *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Answer to be served by e-filing on June 20, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants