IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | : |
| | :    C.A. No.: 06-186 JJF |
|     Plaintiff, | : |
| | :    **NON-ARBITRATION CASE** |
| v. | : |
| | : |
| NATASHA JOYNES and RHONDA REYNOLDS, | :    **JURY OF SIX DEMANDED** |
| | : |
|     Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __26th__ day of ____June____, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Interrogatories Directed to Defendant, Natasha Joynes
Plaintiff's Interrogatories Directed to Defendant, Rhonda Reynolds
Plaintiff's Request for Production Directed to Defendant, Natasha Joynes
Plaintiff's Request for Production Directed to Defendant, Rhonda Reynolds

PERSON:

Arthur D. Kuhl
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 102
Wilmington, Delaware 19801

                              DOROSHOW, PASQUALE,
                                KRAWITZ & BHAYA


By:   /s/ MATTHEW R. FOGG
      ARTHUR M. KRAWITZ (I.D. No.: 2440)
      MATTHEW R. FOGG (I.D. No.: 4254)
      1202 Kirkwood Highway
      Wilmington, DE 19805
      (302) 998-0100
      Attorneys for Plaintiff

DATED: 6-26-2006