IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | : |
| | :    C.A. No.: 06-186 |
|     Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| NATASHA JOYNES and RHONDA REYNOLDS, | : |
| | : |
|     Defendants. | : |

## NOTICE OF DEPOSITION

TO:    Arthur D. Kuhl, Esquire
Reger, Rizzo, Kavulich &
Darnell, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801

Please take notice that counsel for Plaintiff will take the deposition of Defendants Natasha Joynes and Rhonda Reynolds on **Wednesday, September 20, 2006 beginning at 10:00 a.m.** The deposition will be held in the office of counsel for the defense, Arthur D. Kuhl, Esquire at the above listed address.

                            DOROSHOW, PASQUALE,
                            KRAWITZ & BHAYA

DATED: 7/6/06        By:    /s/ Matthew R. Fogg, Esquire
                                    ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                    MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                    1202 Kirkwood Highway
                                    Wilmington, DE 19805
                                    (302) 998-0100
                                    Attorneys for Plaintiff
                                    Arthurkrawitz@dplaw.com
                                    Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

F:\PUBLIC\WORD\PLEADING\DURANJACOME. MARNEY~NOTICE OF DEPOSITION ~ JOYNES & REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | : |
| | : C.A. No.: 06-186 |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| NATASHA JOYNES and RHONDA REYNOLDS, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 7th day of JULY, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Deposition

**PERSON**:

Arthur D. Kuhl, Esquire
Reger, Rizzo, Kavulich & Darnell, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Mattfogg@dplaw.com