IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATASHA JOYNES and RHONDA )<br>REYNOLDS, )<br>)<br>Defendants. ) | C.A. No: 06-186 JJF<br><br>NON-ARBITRATION CASE<br><br>JURY TRIAL DEMANDED |

DEFENDANTS' RESPONSES UNDER RULE 26(a)(1)

A.Give the name and present or last known residential and employment address and telephone number of each individual likely to have discoverable information.

ANSWER:All persons identified by Plaintiff in her Responses under Rule 26(a) and in addition:

1.Robin Kearse 109 E. Jewel St. Delmar De 19940 302-846-3880 - eye witness

2.Michael Brooks, M.D. Expert witness, 27 Clayburgh Rd., Thornton PA 19373

3.Representatives of Nationwide Mutual Insurance Company

B.Documents and things in the possession of counsel or party that may be used to support the disclosing parties claims or defenses.

ANSWER:Three photocopies of photographs of the accident scene.

Two Photocopies of photographs of the Plaintiff's vehicle.

Diagram of accident scene.

C.Insurance agreement

<u>ANSWER</u>:     Nationwide Mutual Insurance Company

Policy # 5207K000475

$100,000/$300,000 policy limits

D.    Expert Testimony

<u>ANSWER</u>:    Unknown which experts will testify at trial.

                  REGER, RIZZO, KAVULICH & DARNALL, LLP

                  By: <u>/s/ Arthur D. Kuhl, Esquire</u>
                  Arthur D. Kuhl, Esquire, # 3405
                  1001 Jefferson Street
                  Suite 202
                  Wilmington DE 19801
                  302-652-3611
Dated: June 20, 2006        Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME,        ) | |
| ) | C.A. No: 06-186 JJF |
| Plaintiff,        ) | |
| ) | |
| v.        ) | NON-ARBITRATION CASE |
| ) | |
| NATASHA JOYNES and RHONDA        ) | JURY TRIAL DEMANDED |
| REYNOLDS,        ) | |
| ) | |
| Defendants.        ) | |

### CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing Responses Under Rule 26(a) to be served by e-filing on July 12, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

        REGER RIZZO KAVULICH & DARNALL LLP

        By:/s/ Arthur D. Kuhl, Esquire
        Arthur D. Kuhl, Esquire, # 3405
        1001 Jefferson Street
        Suite 202
        Wilmington DE 19801
        302-652-3611
        Attorney for Defendants