IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITIONS**

TO:   Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the following individuals, at the times specified on Friday, October 13, 2006 in the offices of Matthew R. Fogg, Esquire, Dorshow Pasquale Krawitz Siegel & Bhaya, 1202 Kirkwood Highway, Wilmington, Delaware, 19805:

| | | |
|---|---|---|
| Joanna Sigmund | - | 1:00 p.m. |
| Robin A. Kearse | - | 2:00 p.m. |
| Trooper Rogers | - | 3:00 p.m. |

REGER, RIZZO, KAVULICH & DARNALL, LLP

By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Date:  July 20, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I certify that I have caused copies of the foregoing Notice of Deposition to be served by e-filing on July 20, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

                                        REGER, RIZZO, KAVULICH & DARNALL, LLP

                                        By:/s/ Arthur D. Kuhl, Esquire
                                        Arthur D. Kuhl, Esquire, # 3405
                                        1001 Jefferson Street
                                        Suite 202
                                        Wilmington DE 19801
                                        302-652-3611
                                        Attorney for Defendants