IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, ) | |
| ) | C.A. No: 06-186 |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-ARBITRATION CASE |
| ) | |
| NATASHA JOYNES and RHONDA ) | JURY TRIAL DEMANDED |
| REYNOLDS, ) | |
| ) | |
| Defendants. ) | |

## *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Interrogatories Directed to

Plaintiff Marney Duranjacome by Defendants Natasha Joynes and Rhonda Reynolds to

be served by e-filing on July 27, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100


        REGER, RIZZO, KAVULICH & DARNALL, LLP

        By:/s/ Arthur D. Kuhl, Esquire
        Arthur D. Kuhl, Esquire, # 3405
        1001 Jefferson Street
        Suite 202
        Wilmington DE 19801
        302-652-3611
        Attorney for Defendants