IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME,<br><br>    Plaintiff,<br><br>v.<br><br>NATASHA JOYNES and RHONDA REYNOLDS,<br><br>    Defendants. | )<br>)  C.A. No: 06-186 JJF<br>)<br>)<br>)<br>)  NON-ARBITRATION CASE<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>) |

## RE-NOTICE OF DEPOSITION

TO:   Matthew R. Fogg, Esquire
        Doroshow Pasquale Krawitz & Bhaya
        1202 Kirkwood Highway
        Wilmington DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Marney Duranjacome on November 14, 2006 at 2:00 p.m. in the offices of Dorshow Pasquale Krawitz Siegel & Bhaya, 1202 Kirkwood Highway, Wilmington, Delaware, 19805.

                REGER, RIZZO, KAVULICH & DARNALL, LLP

                By: /s/ Arthur D. Kuhl, Esquire
                Arthur D. Kuhl, Esquire, # 3405
                1001 Jefferson Street
                Suite 202
                Wilmington DE 19801
                302-652-3611
                Attorney for Defendants

Date: September 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I certify that I have caused copies of the foregoing Re-Notice of Deposition to be served by e-filing on September 12, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

                REGER, RIZZO, KAVULICH & DARNALL, LLP

                By:/s/ Arthur D. Kuhl, Esquire
                Arthur D. Kuhl, Esquire, # 3405
                1001 Jefferson Street
                Suite 202
                Wilmington DE 19801
                302-652-3611
                Attorney for Defendants