IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | C.A. No.: 06-186 JJF |
| Plaintiff, | NON-ARBITRATION CASE |
| v. | |
| NATASHA JOYNES and RHONDA REYNOLDS, | JURY OF SIX DEMANDED |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 3rd day of October, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Answers to Defendants' Interrogatories

PERSON:

Arthur D. Kuhl
Reger Rizzo Kavulich & Darnall LLP
1001 Jefferson Plaza, Suite 102
Wilmington, Delaware 19801

                                                  DOROSHOW, PASQUALE,
                                                    KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No.: 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 10-3-2006