IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF REQUEST FOR PHYSICAL EXAMINATION

The Defendant hereby requests an examination of the plaintiff, **Marney Duranjacome** regarding the injuries alleged. The examination originally scheduled on Wednesday, November 15, 2006 at 3:30 p.m. has been rescheduled for **Tuesday, February 27, 2007 at 3:30 p.m.** and is to be conducted by Andrew Gelman, M.D., 1096 Old Churchman's Road, Newark, Delaware.

REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Dated: October 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Re-Notice of Request for a Physical Examination to be served by e-filing on October 11, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

        REGER, RIZZO, KAVULICH & DARNALL, LLP

        By: /s/ Arthur D. Kuhl, Esquire
        Arthur D. Kuhl, Esquire, # 3405
        1001 Jefferson Street
        Suite 202
        Wilmington DE 19801
        302-652-3611
        Attorney for Defendants