IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, ) | |
| ) | C.A. No: 06-186 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-ARBITRATION CASE |
| ) | |
| NATASHA JOYNES and RHONDA ) | JURY TRIAL DEMANDED |
| REYNOLDS, ) | |
| ) | |
| Defendants. ) | |

## RE-NOTICE OF DEPOSITIONS

TO:   Matthew R. Fogg, Esquire
    Doroshow Pasquale Krawitz & Bhaya
    1202 Kirkwood Highway
    Wilmington DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the following individuals, at the times specified originally scheduled for Friday, October 13, 2006 on **Tuesday, December 5, 2006** in the offices of Reger Rizzo Kavulich & Darnall, 1001 Jefferson Street, Suite 202, Wilmington, Delaware, 19805:

  Joanna Sigmund       -   10:00 a.m.
  Robin A. Kearse      -   11:00 a.m.
  Trooper Rogers       -   12:00 p.m.

REGER, RIZZO, KAVULICH & DARNALL, LLP

By: /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Date:  October 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I certify that I have caused copies of the foregoing Notice of Deposition to be served by e-filing on July 20, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants