IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

TO:   Matthew R. Fogg, Esquire
      Doroshow Pasquale Krawitz & Bhaya
      1202 Kirkwood Highway
      Wilmington DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the oral

deposition of Marney Duranjacome originally scheduled for February 28, 2007 at

10:00 a.m. has now been re-scheduled for **February 28, 2007 at 1:00 p.m.** in the

offices of Doroshow Pasquale Krawitz & Bhaya, 1202 Kirkwood Highway, Wilmington,

Delaware, 19805.


REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants


Date:  October 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNEY DURANJACOME, | ) | |
| | ) | C.A. No: 06-186 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I certify that I have caused copies of the foregoing Re-Notice of Deposition to

be served by e-filing on October 12, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants