IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, ) | |
| ) | C.A. No: 06-186 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-ARBITRATION CASE |
| ) | |
| NATASHA JOYNES and RHONDA ) | JURY TRIAL DEMANDED |
| REYNOLDS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VACATION OF DEPOSITIONS**

TO: Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington DE 19805

PLEASE TAKE NOTICE that the oral depositions of Joanna Sigmund, Robin A. Kearse and Trooper Rogers scheduled for **Tuesday, December 5, 2006** in the offices of Reger Rizzo Kavulich & Darnall, 1001 Jefferson Street, Suite 202, Wilmington, Delaware, 19805 has been canceled.

REGER RIZZO KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Date: December 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, ) | |
| ) | C.A. No: 06-186 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-ARBITRATION CASE |
| ) | |
| NATASHA JOYNES and RHONDA ) | JURY TRIAL DEMANDED |
| REYNOLDS, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing **Notice of Vacation of Deposition** to be served by e-filing on December 4, 2006 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington DE 19805

        REGER RIZZO KAVULICH & DARNALL, LLP

        By:/s/ Arthur D. Kuhl, Esquire
        Arthur D. Kuhl, Esquire, # 3405
        1001 Jefferson Street
        Suite 202
        Wilmington DE 19801
        302-652-3611
        Attorney for Defendants