## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATASHA JOYNES and RHONDA )<br>REYNOLDS, )<br>)<br>Defendants. ) | C.A. No: 06-186 JJF<br><br>NON-ARBITRATION CASE<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITIONS

TO:  Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Marney Duranjacome on Friday, April 6, 2007 at 1:00 p.m. in the offices of Reger Rizzo Kavulich & Darnall, LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware, 19801.

REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Date: January 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | ) |
| | ) C.A. No: 06-186 |
| Plaintiff, | ) |
| | ) |
| v. | ) NON-ARBITRATION CASE |
| | ) |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## *NOTICE OF SERVICE*

I certify that I have caused copies of the foregoing Notice of Deposition to be served by e-filing on January 8, 2007 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants