IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, ) | |
| ) | C.A. No: 06-186 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATASHA JOYNES and RHONDA ) | JURY TRIAL DEMANDED |
| REYNOLDS, ) | |
| ) | |
| Defendants. ) | |

## RE-NOTICE OF REQUEST FOR PHYSICAL EXAMINATION

The Defendant hereby request an examination of the plaintiff, **Marney Duranjacome** regarding the injuries alleged. The examination is to be conducted by Andrew Gelman, M.D., 701 North Clayton Street, Wilmington, DE 19805-3165 on **Thursday, April 5, 2007 at 3:30 p.m.**

REGER RIZZO KAVULICH & DARNALL LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Dated: January 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME,  <br><br>    Plaintiff, | )  <br> ) C.A. No: 06-186  <br> )  <br> ) |
| v. | ) NON-ARBITRATION CASE  <br> ) |
| NATASHA JOYNES and RHONDA REYNOLDS,  <br><br>    Defendants. | ) JURY TRIAL DEMANDED  <br> )  <br> )  <br> ) |

## NOTICE OF SERVICE

I certify that I have caused copies of the foregoing **RE-NOTICE OF REQUEST FOR PHYSICAL EXAMINATION** to be served by e-filing on January 8, 2007 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants