

ERIC M DOROSHOW. DE. PA. DC
ROBERT PASQUALE. DE. PA
ARTHUR M KRAWITZ. DE. PA
SHAKUNTLA L BHAYA. DE. PA
MARY C BOUDART. DE
DONALD E GREGORY. DE
DEBRA C ALDRICH. DE. PA
DONALD E MARSTON. DE
ANDREA G GREEN. DE, MD
JESSICA LEWIS WELCH. DE
· · · · ·
ANGELA PINTO ROSS. DE
KAREN Y VICKS. DE. NJ. PA
MATTHEW R. FOGG. DE. NJ
CYNTHIA H PRUITT. DE
NINA PAPPOULIS DE
TARA A BLAKELY. DE
JENNIFER S DONAHUE. DE. NJ
DEBORAH J GALONSKY DE NJ
JENNIFER M MENSINGER. DE
TARA E BUSTARD DE. NJ. PA
CHRISTINA L YEAGER NJ
NICOLE M EVANS DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S DuPont Highway
P O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE  19805

Writer's Direct E-Mail:
mattfogg@dplaw.com

January 12, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street, Rm. 4209
Lock Box 18
Wilmington, DE  19801
**VIA E-FILING**

RE:  Marney Duranjacome v. Natasha Joynes and Rhonda Reynolds
     C.A. No.:  06-186 JJF

Dear Judge Farnan:

Upon reviewing this file, it appears that no Scheduling Order has been issued with respect to this matter. Please accept this as Plaintiff's request for a scheduling conference at the Court's convenience.

Should your Honor wish to discuss this matter further, please feel free to contact me.

Respectfully submitted,

MATTHEW R. FOGG
Attorney at Law

MRF/slr
cc: Arthur D. Kuhl, Esquire
    Marney Duranjacome
W0110MRF