## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME,<br><br>    Plaintiff,<br><br>v.<br><br>NATASHA JOYNES and RHONDA REYNOLDS,<br><br>    Defendants. | )<br>)  C.A. No: 06-186 JJF<br>)<br>)<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>) |

### RE-NOTICE OF REQUEST FOR PHYSICAL EXAMINATION

The Defendant hereby request an examination of the plaintiff, **Marney Duranjacome** regarding the injuries alleged. The examination is to be conducted by Andrew Gelman, M.D., 1096 Old Churchmans Road, Newark, DE 19713 on **Wednesday, May 30, 2007 at 1:00 p.m.**

 

**REGER RIZZO KAVULICH & DARNALL LLP**

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants

Dated: March 26, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, | ) |
| Plaintiff, | ) C.A. No: 06-186 )  ) |
| v. | ) NON-ARBITRATION CASE ) |
| NATASHA JOYNES and RHONDA REYNOLDS, | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

### NOTICE OF SERVICE

I certify that I have caused copies of the foregoing **RE-NOTICE OF REQUEST FOR PHYSICAL EXAMINATION** to be served by e-filing on March 26, 2007 upon:

Matthew R. Fogg, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100

REGER, RIZZO, KAVULICH & DARNALL, LLP

By:/s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants