IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARNEY DURANJACOME,
    Plaintiff,

                            C.A. No.: 06-186-JJF

v.

NATASHA JOYNES and RHONDA REYNOLDS,

    Defendants.

## STIPULATION TO AMEND SCHEDULING ORDER

It is hereby stipulated and agreed, by and between the parties, through their counsel as follows:

Whereas, plaintiff has been receiving treatment for cancer thus delaying treatment and plaintiff does not expect to obtain a formal opinion and treatment recommendations including potential surgical intervention from her treating surgeon until prior to the Disclosure of Expert Testimony deadline of May 15, 2007.

Whereas the parties stipulate and agree that the Scheduling Order be amended as follows:

    Plaintiff's Expert Reports        June 30, 2007

    Defendants' Expert Reports     August 30, 2007

All remaining deadlines shall remain in tact.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

_____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

REGER, RIZZO, KAVULICH
& DARNALL

_____
ARTHUR D. KUHL (#3405)
1001 Jefferson Street, Ste. 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants

Doroshow, Pasquale, Krawitz, Siegel & Bhaya, LLC
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100