IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNEY DURANJACOME, ) | |
| ) | C.A. No: 06-186 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATASHA JOYNES and RHONDA ) | JURY TRIAL DEMANDED |
| REYNOLDS, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed to between the Plaintiff and Defendants that this matter is hereby dismissed with prejudice.

REGER RIZZO KAVULICH & DARNALL LLP

By: _____
Arthur D. Kuhl, Esquire # 3405
1001 N. Jefferson St., Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Defendants


DOROSHOW PASQUALE KRAWITZ & BHAYA

By: _____
Matthew R. Fogg, Esquire #4254
1202 Kirkwood Highway
Wilmington De 19805
Attorney for Plaintiff
302-998-0100